IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DOROTHY LA'SHAY WALLACE,#209172,:**

    **Plaintiff,** :

**vs.** : CIVIL ACTION 10-00544-CB-B

**GLEN GARSIDE,** *et al.,* :

    **Defendants.** :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    **DONE** this 8th day of February, 2011.

                                    *s/Charles R. Butler, Jr.*
                                    ***Senior United States District Judge***